UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) | Case No.: 3:16-MD-02691-RS |
| | MDL No.: 2691 |
| ROBERT CAHILL | |
| | Case No: |
| Plaintiff, | |
| | |
| v. | **SHORT FORM COMPLAINT** |
| | |
| PFIZER, INC. | |
| | |
| Defendant. | |

Plaintiff, Ronnie N. Dickerson, incorporate by reference the Plaintiffs' Master Long Form Complaint filed with the United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Plaintiff's Name:
    a. Robert Cahill

2. Name of party or deceased who ingested Viagra or Revatio (hereinafter, "Viagra"), and suffered injury, if different than Plaintiff:
    a. N/A

3. Name of additional or other Plaintiff, including loss of consortium plaintiffs (i.e. administrator, executor, guardian, conservator):
    a. N/A

4. Plaintiff's current city and state of residence:
    a. New Bedford, Massachusetts

5. District Court in which venue would be proper absent direct filing:

   a. District of Massachusetts

6. City and state of Plaintiff or decedent when they were diagnosed with melanoma:

   a. New Bedford, Massachusetts

7. Approximate dates that the Plaintiff or decedent ingested Viagra:

   a. Start date: September 20, 2012

   b. Stop date: December 30, 2014

8. Date(s) that Plaintiff was diagnosed with melanoma

   a. October 7, 2013

9. Date of death of decedent, if applicable:

   a. N/A

10. Defendants against whom Complaint is made:

    a. Pfizer, Inc.: __X__

    b. Other: _N/A_____

11. Counts in the Master Complaint brought by Plaintiffs:

    a. Count 1 (Negligence): __X__

    b. Count 2 (Gross Negligence): __X__

    c. Count 3 (Negligence Per Se): __X__

    d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness): __X__

    e. Count 5 (Unfair and Deceptive Trade Practices: Fraud): __X__

    f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness): __X__

    g. Count 7 (Strict Liability – Defective Design): __X__

    h. Count 8 (Strict Liability – Failure to Warn): __X__

    i. Count 9 (Failure to Test): __X__

    j. Count 10 (Breach of Express Warranty): __X__

k.  Count 11 (Breach of Implied Warranty): __X__

l.  Count 12 (Fraudulent Misrepresentation and Concealment): __X__

m.  Count 13 (Negligent Misrepresentation and Concealment): __X__

n.  Count 14 (Fraud and Deceit): __X__

o.  Count 15 (Willful, Wanton, and Malicious Conduct): __X__

p.  Count 16 (Unjust Enrichment): __X__

q.  Count 17 (Loss of Consortium): __N/A__

r.  Count 18 (Survival): __N/A__

s.  Count 19 (Wrongful Death): __N/A__

t.  Count 20 (Punitive Damages): __X__

u.  Other: _N/A_____

12. Jury Demand:

  a.  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial by jury as to all claims in this actions: Yes: __X__  No____

Dated: October 5, 2016

Respectfully submitted,

_/s/ Kelly A. Fitzpatrick_____
KELLY A. FITZPATRICK (NY – KF7642)
VENTURA RIBEIRO & SMITH
280 Park Avenue South, Suite 13A
New York, NY 10010
Phone: (212) 673-6669
-and-
235 Main Street, Danbury, CT 06810
Phone: (203) 791-9040

*Counsel for Plaintiff*